**Opinion filed September 29, 2023**



# In The

# Eleventh Court of Appeals

_____

## No. 11-23-00210-CR

_____

## IN RE MEGAN MARIE LANGE

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Megan Marie Lange, has filed in this court a motion for voluntary dismissal. In her motion, Relator has informed this court that the relief requested in her petition for writ of mandamus and writ of prohibition is now moot because the evidence that was the focus of these filings has been destroyed. Therefore, she requests that we dismiss the proceeding.

We grant Relator's motion and dismiss this proceeding. In doing so, we also withdraw our order dated September 18, 2023, staying the proceedings in the trial court.


W. STACY TROTTER

September 29, 2023                    JUSTICE

Do not publish. See TEX. R. App. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.